HIGGINS, L.

v.

FRANK BONIN FUNERAL PARLOR

1150 MDA 2016

Superior Court of Pennsylvania.

03/01/2017

2013–04341 (Luzerne)

Affirmed

COM.

v.

HINERMAN, I.

1258 MDA 2016

Superior Court of Pennsylvania.

03/01/2017

CP–38–CR–0000930–2013, CP–38–CR–0000965–2012 (Lebanon)

Affirmed

COM.

v.

COLES, C.

1329 MDA 2016

Superior Court of Pennsylvania.

03/01/2017

CP–66–MD–0000282–1994 (Wyoming)

Affirmed

COM.

v.

MARTORELL, E.

1453 MDA 2016

Superior Court of Pennsylvania.

03/01/2017

CP–38–CR–0000835–2009 (Lebanon)

Affirmed

DRUSKO, J.

v.

UPMC NORTHWEST

1144 WDA 2015

Superior Court of Pennsylvania.

03/01/2017

No. 701–2011 (Venango)

Affirmed

COM.

v.

SPINNEY, J.

1048 WDA 2016

Superior Court of Pennsylvania.

03/01/2017

CP–62–CR–0000012–2015 (Warren)

Affirmed